STEVEN BRUCE, SBN 70300
STEVEN EGLER, SBN 226227
People With Disabilities Foundation
507 Polk Street, Suite 430
San Francisco, CA 94102
Phone: (415) 931-3070
Fax: (415) 931-2828
sbruce@pwdf.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE DICKEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. CV 14-00629 WHO<br><br>**STIPULATION RE: FILING OF RESPONSES AND REPLIES FOR MOTION TO AMEND OR ALTER JUDGMENT PURSUANT TO FED. R. CIV. P. 59(E)** |

**STIPULATION AND PROPOSED ORDER**

Plaintiff Kyle Dickey and Defendant Carolyn W. Colvin stipulate that Plaintiff has until January 14, 2015, to file his response to Defendant's Motion to Amend/Alter under Federal Rule of Civil Procedure Section 59(s), and that Defendant has until January 21, 2015, as Plaintiff's counsel, Steven Bruce, will be unavailable due to travel January 12, 2015.

1
2
3    Dated: December 22, 2014              /s/ Steven Bruce_____
                                            Steven Bruce
                                            Attorney for Plaintiff
4
5
6    Dated:  December 22, 2014            /s/ Theophous H. Reagan__
                                            Theophous H. Reagan
7                                           Attorney for Defendant
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**ORDER**

Pursuant to stipulation:

The Court orders that the last day for Plaintiff to file his response to Defendant's Motion to Amend/Alter under Federal Rule of Civil Procedure Section 59(e) is extended from December 31, 2014 to January 14, 2015. Defendant's reply is extended from January 7, 2015 to January 21, 2015.

**IT IS SO ORDERED**

DATED: December 23, 2014

*[signature]*
HONORABLE WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE